PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
MELISSA VERMILLION, ESQUIRE #241354
JOSEPH GARIBYAN, ESQUIRE #271833
BONNI S. MANTOVANI, ESQUIRE #106353
LALEH ENSAFI, ESQUIRE #268917
JEANNETTE R. MARSALA, ESQUIRE #253125
NINA Z. JAVAN. ESQUIRE  #271392
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
B.502-3935.NF

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In re | Bk. No. 12-20104-elf |
| HARVEY L. FELL AND JOANNE H. FELL | Chapter 13 |
| Debtors.                                               / | REQUEST FOR SPECIAL NOTICE |

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant Bank of America, N.A. , its assignees and/or successors in interest, with regard to the real property described as 465 Penllyn Blue Bell Pike, Blue Bell, Pennsylvania  19422  (Loan No. XXXX4255), is entitled to service or notice, also be sent to the agent for Bank of America, N.A. , its assignees and/or successors in interest, addressed as follows:

PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

Dated: November 30, 2012            By /s/ Dean R. Prober
                                      DEAN R. PROBER, ESQ., CA BAR # 106207
                                      As Agent for Bank of America, N.A.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Tina Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On December 6, 2012 I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Harvey L. Fell
Joanne H. Fell
465 Penllyn Blue Bell Pike
Blue Bell, PA 19422
Debtors

Michael W. Gallagher, Esquire
Plymouth Greene Office Campus
1000 Germantown Pike
Suite A-1
Plymouth Meeting, PA 19462
Attorney for Debtors

William C. Miller
111 South Independence Mall, Suite 583
Philadelphia, PA 19106
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2012, at Woodland Hills, California.

/s/ Tina Gaboyan